UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **DENISE KNAPPER,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:21-cv-01228-O-BP |
| | § | |
| **LOCKHEED MARTIN, INC.,** | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, Defendant's Motion to Dismiss (ECF No. 7) is **GRANTED in part** and **DENIED in part**. The Court **GRANTS** the Motion on Knapper's race discrimination claim and **DISMISSES** that claim **WITHOUT PREJUDICE**. The Court **DENIES** the Motion on Knapper's sex discrimination and retaliation claims.

**SO ORDERED** on this **23rd day** of **June, 2022**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE